UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  ED CV 15-1956-SJO (PLA)              Date  June 6, 2016

Title:   Mabon Demitric James v. Warden Proma

---

PRESENT: THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PETITIONER:**
NONE

**ATTORNEYS PRESENT FOR RESPONDENT:**
NONE

**PROCEEDINGS:**       (IN CHAMBERS)

On May 12, 2016, the Court received a letter from petitioner in which he stated that he has Alzheimer's disease and is losing his memory, and needed help because he did not understand what is happening in his case. In order to consider petitioner's request for assistance, on May 23, 2016, the Court ordered petitioner to submit by June 14, 2016, any available medical records that verify his allegation that he has Alzheimer's disease. The Court also stayed the filing deadline of petitioner's Reply to defendant's Answer, noting that the Court shall lift the stay after petitioner submits the medical records, or after the time for doing so has expired, whichever comes first.

On May 31, 2016, petitioner filed another letter stating that he is unable to get proof of his condition "from medical until after six month." (Letter at 1). He states that he is 75 years old, does not believe that he will live five more years due to his medical conditions, and seeks the Court's help in getting his freedom because he "just want[s] to be free when [he] die[s]." (Letter at 2).

Petitioner provides no evidence that his medical records will not be provided to him by the June 14, 2016, deadline. However, in light of plaintiff's allegations, the Court will extend plaintiff's deadline to submit his medical records or any other evidence of his condition. Accordingly, **no later than July 15, 2016**, petitioner shall provide the Court either with medical records verifying that he has Alzheimer's disease, or a declaration from an official in the medical department at his place of incarceration, **sworn under penalty of perjury**, with evidence of plaintiff's medical condition or showing the amount of time it will take to provide petitioner with medical records relating to his alleged Alzheimer's disease. Additionally, petitioner shall provide evidence to the Court of all of the efforts he has made after May 23, 2016, to obtain his medical records. The stay of the filing deadline for petitioner's Reply shall remain in effect and be lifted after petitioner submits the foregoing information, or after the time for doing so has expired, whichever comes first.

cc:     Mabon Demitric James, pro se
        Heather F. Crawford, CAAG                                        Initials of Deputy Clerk___ch___