**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| MABON DEMETRIC JAMES,<br><br>               Petitioner,<br><br>     v.<br><br>PROMA, Warden,<br><br>               Respondent. | No. ED CV 15-1956-SJO (PLA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendation of the United States Magistrate Judge, IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 22, 2017

*S. James Otero*

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE